IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

TERRELL GRESHAM,  \*

    Petitioner  \*

vs.  \*

    CASE NO. 3:09-CV-82 (CDL)

DALE HERNDON, Warden  \*

    Respondent  \*

O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on April 27, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 27th day of May, 2010.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE